**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE NO.: 24-09637** |
| **Landa Bidan** | **CHAPTER 13** |
| **Debtor.** | **Honorable David D. Cleary** |
| _____ / | |

## OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2021- SL1 ("Secured Creditor"), by and through its undersigned counsel, objects to confirmation of Debtor's Chapter 13 Plan (Docket # 2) and states as follows:

1. On June 30, 2024, Landa Bidan ("Debtor") filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code.

2. Secured Creditor holds a security interest in the Debtor's real property located at 9481 Park Lane, Des Plaines, IL 60016, recorded date February 5, 2010 of the Public Records of Cook County, IL in document number #100364901. Said Mortgage secures a Note in the amount of $32,500.00.

3. The Debtor filed a Chapter 13 Plan on June 30, 2024.

4. The Plan fails to identify the mortgage claim or provide for treatment of Secured Creditor's claim. The Plan does not reference the mortgaged property and does not provide for surrender or sale of the property. Further, the Debtor's Schedules do not state the property is owned by the Debtor nor does it list the mortgage debt.

5.  In addition, this loan matured in 2022. Thus, when Debtor provides treatment for this claim in an Amended Plan, Secured Creditor believes its claim should be treated as being fully paid off during the pendency of the Plan pursuant to 11 U.S.C. § 1322(b).  Further, Secured Creditor is seeking an interest rate that comports with the interest calculation as contemplated by *Till v. SCS Credit Corp.* (02-1016) 541 U.S. 465 (2004), requiring an adjustment of prime national interest rate based on risk of nonpayment for determining adequate rate of interest. Creditor is seeking an interest rate of prime rate plus 2%, or 10.50%. Lastly, it must be indicated in the Amended Plan the Debtor's acknowledgement to maintain taxes and insurance on the property during the duration of the Plan.

**WHEREFORE**, Secured Creditor respectfully requests this Court sustain the objection stated herein and deny confirmation of Debtor's Plan, and for such other and further relief as the Court may deem just and proper.

Respectfully Submitted,

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Attorney for Secured Creditor
205 N. Michigan Avenue Suite 810
Chicago, Illinois  60601
833-424-1715
By: /s/ Samantha C. San Jose
Illinois Bar Number 6319469
Email: ssanjose@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>July 23, 2024</u>, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

David H Cutler
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076

Marilyn O Marshall
224 South Michigan Ste 800
Chicago, IL 60604

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

Landa Bidan
5240 Harvard Terrace
Skokie, IL 60077

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Attorney for Secured Creditor
205 N. Michigan Avenue Suite 810
Chicago, Illinois  60601
833-424-1715
By: /s/ Samantha C. San Jose
Email: ssanjose@raslg.com