UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | Case Number: 24-09637 |
| Landa Bidan | ) | |
| | ) | Chapter: 13 |
| | ) | |
| | ) | Honorable David D. Cleary |
| | ) | SELECT IF OUTLYING AREA |
| Debtor(s) | ) | |

**AGREED REPAYMENT AND DEFAULT ORDER**

      THIS CAUSE COMING TO BE HEARD on the Motion of Nationstar Mortgage LLC, the mortgagee on the property located at 5240 Harvard Ter, Skokie, IL 60077,

  IT IS HEREBY ORDERED:

  1. The Debtor acknowledges a default to Nationstar Mortgage LLC of $2,241.20 through March 2025, after crediting the tender of payments made through March 18, 2025. The default is calculated as follows:

  January 2025 through March 2025 = 3 @ $2,178.44 $6,535.32
Bankruptcy fees and costs $1,549.00
Less funds previously tendered ($4,178.44)
Less funds in suspense ($1,664.68)
Total default amount remaining $2,241.20

  The Debtor must tender the following payments on or before the following dates:

  On or before April 15, 2025 One post-petition mortgage payment + $373.55
On or before May 15, 2025 One post-petition mortgage payment + $373.53
On or before June 15, 2025 One post-petition mortgage payment + $373.53
On or before July 15, 2025 One post-petition mortgage payment + $373.53
On or before August 15, 2025 One post-petition mortgage payment + $373.53
On or before September 15, 2025 One post-petition mortgage payment + $373.53

2. The current post petition mortgage payment is $2,178.44, and may change due to adjustable interest rates, escrow requirements, or other similar matters as applicable.

  3. Payments must be made payable to Nationstar Mortgage LLC, in the form of money orders, certified checks, or cashier's checks and sent to: P.O Box 619094, Dallas, TX 75261-9741.

  4. If the Debtor defaults on the payments in paragraph 1, then Nationstar Mortgage LLC may provide a 14-day Notice of Default to the Debtor, Co-Debtor and Debtor's Attorney. Unless the default is cured within the 14-day period, the Stay will terminate without further hearing upon Nationstar Mortgage LLC filing a Notice of Stay Termination with the Court and providing notice of it to the Debtor, Co-

Debtor, Debtor's attorney, and Trustee.

    5. If McCalla Raymer Leibert Pierce, LLC sends any Notices of Default under this Order, the Debtor must pay $100.00 per Notice in certified funds to McCalla Raymer Leibert Pierce, LLP in addition to the funds necessary to cure the default cited in the Notice. These $100.00 payments constitute attorney's fees and must be paid within the same 14-day cure period outlined in paragraph 4 of this Order.

    6. The Notice of Stay Termination terminates the automatic stay so as not to restrain Nationstar Mortgage LLC from pursuing in rem remedies under non-bankruptcy law as to the property located at 5240 Harvard Ter, Skokie, IL 60077, effective on the date it is filed. The stay in Rule 4001(a)(4) does not apply to the Notice of Stay Termination.

Enter: *[signature]*

MLU

Dated: April 7, 2025

United States Bankruptcy Judge

**Prepared by:**
McCalla Raymer Leibert Pierce, LLC
1 N. Dearborn Suite 1200
Chicago, IL 60602