## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:    24-09637 |
| Landa Bidan, | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable David H. DeCelles |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING MOTION FOR RELIEF FROM STAY AND CODEBTOR STAY

This matter coming before the court on the motion of NewRez LLC dba Shellpoint Mortgage Servicing as servicer for U.S. Bank National Association, as Indenture Trustee on behalf of and with respect to Ajax Mortgage Loan Trust 2021-F, Mortgage-Backed Securities, Series 2021-F (the "Movant") for relief from the automatic stay and the co-debtor stay,

IT IS ORDERED that The motion is granted, as set forth herein:

1.  The stay is modified so as not to restrain Movant from pursuing in rem non-bankruptcy remedies as to 9481 Park Lane, Des Plaines, Illinois 60016-3901.

2. The co-debtor stay is modified so as not to restrain the Movant from pursuing remedies as to Hormoz Moghadasivardeh.

3. The stay in Rule 4001(a)(4) does not apply to this order.

Enter:

*David H DeCelles*

Honorable David H. DeCelles
United States Bankruptcy Judge

Dated:  June 05, 2026

**Prepared by:**

Wesley T. Kozeny / # 6199471

12400 Olive Blvd, Suite 555

St. Louis, Missouri 63141

Phone: (314) 991-0255

Fax: (314) 991-6755

ILBK@BonialPC.com

Attorney for Movant